```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Martha Mullen

    v.

                                 Case No. 19-cv-1292-SM

Edward J. Kissell, Jr.

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 24, 2020, for the reasons set forth therein. The plaintiff's complaint is dismissed in its entirety for failure to state a federal claim upon which relief may be granted, without prejudice to the plaintiff's ability to assert her state law claims in a state court of competent jurisdiction. The clerk of court shall enter judgment and close the case.

                                                _____
                                                Steven J. McAuliffe
                                                United States District Judge

Date: February 19, 2020

cc:  Martha Mullen, pro se